IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:21-CR-139-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **MONEY JUDGMENT** |
| | ) | |
| (2) DEANA SHARPER | ) | |

THIS MATTER is before the Court on the United States of America's Motion, pursuant to Fed. R. Crim. P. 32.2(b), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p)[1], for this Court to enter a **$239,742.78** forfeiture money judgment against Defendant. For good cause shown and based on the preponderance of the evidence as set in the sentencing record which reflects the amounts obtained as a result of the fraud on the booster club as charged in Count One, this Court hereby GRANTS the Motion.

THEREFORE, this Court hereby ORDERS Defendant liable for a **$239,742.78** Money Judgment, to be enforced and collected upon via the provisions of Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853.

Signed: November 4, 2022

*Max O. Cogburn Jr*
United States District Judge

---

[1] 28 U.S.C. § 2461(c) renders Sections 981 and 853 applicable in this criminal fraud case.

1