UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cr-00139-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| **DEANA SHARPER,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Compassionate Release and Reduction of Sentence Pursuant to First Step Act of 2018. (Doc. No. 66).

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: May 10, 2023

Max O. Cogburn Jr
United States District Judge

1